IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD LEE BETZ,**<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>**HUNTER ANGLEA,**<br><br>　　　　　　Respondent. | Case No. 2:19-cv-00681-MCE CKD<br><br>**ORDER** |

Upon considering Respondent's request, and good cause appearing, Respondent shall have an additional THIRTY (30) days, to and including July 28, 2019, within which to file an Answer to Petitioner's Petition for Writ of Habeas Corpus.

Dated: July 1, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE