UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LEE BETZ,<br><br>Petitioner,<br><br>v.<br><br>HUNTER ANGLEA,<br><br>Respondent. | No. 2:19-cv-00681-MCE-CKD P<br><br>ORDER AND<br><br>ORDER TO SHOW CAUSE |

Petitioner is a state prisoner proceeding pro se and in forma pauperis in this federal habeas corpus action filed pursuant to 28 U.S.C. § 2254. On November 25, 2019, the court issued Findings and Recommendations that petitioner's application for a writ of habeas corpus be dismissed without prejudice as wholly unexhausted. ECF No. 15. Based on petitioner's request for a stay and abeyance, the court issued further briefing by order dated December 18, 2019. ECF No. 19. In response to petitioner's supplemental objections to the Findings and Recommendations, respondent filed a request to withdraw the pending motion to dismiss. ECF No. 21.

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent's request to withdraw the motion to dismiss is granted. The Clerk of Court shall terminate the motion to dismiss (ECF No. 12) filed on July 26, 2019.
2. The November 25, 2019 Findings and Recommendations (ECF No. 15) are vacated

1

based on the withdrawal of the motion to dismiss.

3. Respondent is ordered to show cause within 21 days from the date of this order whether the exhaustion of state court remedies is being expressly waived in this case pursuant to 28 U.S.C. § 2254(b)(3).

Dated: January 28, 2020

_[signature: Carolyn K. Delaney]_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/betz0681.vacateF&R.docx