UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LEE BETZ,<br><br>　　　　Petitioner,<br><br>　v.<br><br>HUNTER ANGLEA,<br><br>　　　　Respondent. | No. 2:19-cv-0681 MCE CKD P<br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 26, 2020, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 26, 2020, (ECF No. 24) are ADOPTED in full;

2. Petitioner's application for a writ of habeas corpus is DISMISSED without prejudice as wholly unexhausted; and

3. The court denies petitioner's motion for a certificate of appealability (ECF No. 26) pursuant to 28 U.S.C. § 2253.

IT IS SO ORDERED.

Dated:  August 6, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

2